# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ALEXANDER GUTIERREZ FLORES,** | : : : | |
| Petitioner | : : | |
| vs. | : : | No. 1:17-CV-01717 |
| **CLAIRE DOLL,** | : : : | (Judge Rambo) |
| Respondent | : | |

## ORDER

**AND NOW**, this 16th day of November, 2017, for the reasons set forth in this Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED without prejudice** to Petitioner filing another § 2241 petition should he develop good reason to believe that removal is no longer reasonably foreseeable.

2. The Clerk of Court is directed to **CLOSE** this case.

      s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge